UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONNITTA SINCLAIR,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE,<br><br>                Defendant. | CASE NO. 2:21-cv-00571-JCC-JRC<br><br>ORDER ON MOTION FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE* |

      This matter is referred to the undersigned by the District Court. Dkt. 9. Before the Court is the National Police Association's (NPA) motion for leave to participate as *amicus curiae*. Dkt. 16. Defendant does not oppose the motion but asks to have an opportunity to respond by September 3, 2021, if the Court grants the motion. *See* Dkt. 19, at 2. NPA's motion is currently noted for September 10, 2021. *See* Dkt. 16. However, District Courts have inherent authority to control their dockets. *See Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010).

///

Therefore, having found good cause, the Court ORDERS the following:

- The Clerk is directed to renote NPA's motion (Dkt. 16) to the date of this Order;
- NPA is granted leave to file its proposed memorandum; and
- Defendant shall file any response by September 3, 2021, and shall not exceed six pages.

Dated this 30th day of August, 2021.

_____

J. Richard Creatura
Chief United States Magistrate Judge