THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONITTA SINCLAIR, | CASE NO. C21-0571-JCC |
| Plaintiff, | MINUVE ORDER |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the National Police Association's ("proposed amici") motion for leave to file an amicus curiae brief (Dkt. No. 16). District courts have "broad discretion" regarding the appointment of *amici*. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). "The privilege of being heard amicus rests in the discretion of the court which may grant or refuse leave according as it deems the proffered information timely, useful, or otherwise." *Community Ass'n for Restoration of Env. (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999). The Court finds that the information proffered does not meet this standard. Accordingly, the Court DENIES the motion (Dkt. No. 16). The Clerk is DIRECTED to send a copy of this order to proposed amici.

MINUTE ORDER
C21-0571-JCC
PAGE - 1

1    DATED this 6th day of October 2021.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk