Hon. John C. Coughenour
Hon. J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNITTA SINCLAIR, Mother of Deceased HORACE LORENZO ANDERSON, JR., individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, a municipality,<br><br>Defendant. | No. 2:21-cv-00571-JCC-JRC<br><br>DEFENDANT CITY OF SEATTLE'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION |

The City submits that Plaintiff's objections to Magistrate Judge Creatura's report and recommendation lack merit. In support of its position, the City relies on the conclusions and reasoning in the report and recommendation and also relies on the arguments and authority provided in the City's previous briefs on this topic. *See* Dkts. 12, 20, 24, 25.

DATED this 19th day of October, 2021.

DEFENDANT CITY OF SEATTLE'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION - 1 (21-cv-00571-JCC-JRC)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

                          PETER S. HOLMES
                          Seattle City Attorney

By:    */s/Kerala Cowart*
        Kerala Cowart, WSBA#53649
        Assistant City Attorney
      Seattle City Attorney's Office
      701 Fifth Avenue, Suite 2050
      Seattle, WA 98104
      Tel #:  (206) 733-9001
      Fax #:  (206) 684-8284
      E-mail: kerala.cowart@seattle.gov

*Attorney for Defendant City of Seattle*

---

DEFENDANT CITY OF SEATTLE'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION - 2   (21-cv-00571-JCC-JRC)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200