# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DONNITTA SINCLAIR,<br><br>                      Plaintiff,<br>     v.<br><br>CITY OF SEATTLE,<br><br>                      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C21-0571-JCC |

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to consideration before the Court. A decision has been rendered.

THE COURT ORDERS THAT:

Defendant's motion is DISMISSED with prejudice.

       DATED this 1st day of November 2021.

RAVI SUBRAMANIAN
Clerk of Court

/s/ *Sandra Rawski*
Deputy Clerk