Mark Lindquist (WA #25076)
mark@hlg.lawyer
Herrmann Law Group
505 Fifth Ave S, Ste. 330
Seattle, WA 98104
T: 206-625-9104
F: 206-682-6710
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT IN AND FOR
THE WESTERN DISTRICT OF WASHINGTON IN SEATTLE**

| | |
|---|---|
| DONNITTA SINCLAIR, mother of deceased HORACE LORENZO ANDERSON, JR., individually,<br><br>   Plaintiff,<br><br>Vs.<br><br>CITY OF SEATTLE, a municipality,<br><br>   Defendant. | No. 2:21-cv-00571<br><br>PLAINTIFF'S STATEMENT OF REPRESENTATION |

Pursuant to Ninth Circuit Rule 3-2, Plaintiff Donnitta Sinclair respectfully submit this Representation Statement identifying all parties to the Notice of Appeal.

The City Of Seattle is represented by:

> Peter S. Holmes
> Kerala Cowart
> Seattle City Attorney's Office
> 701 Fifth Avenue, Suite 2050
> Seattle, WA 98104
> P: (206) 733-9001

Donnitta Sinclair is represented by:

> Mark Lindquist
> Herrmann Law Group
> 505 5th Ave So., Ste. 330
> Seattle, WA 98104
> P: (206) 625-9104

No. 2:21-cv-00571
PLAINTIFF'S STATEMENT OF
REPRESENTATION - 1

**HERRMANN LAW GROUP**
505 5th Ave So., Ste. 330
Seattle, WA 98104
T: 206-625-9104
F: 206-682-6710

Dated this 24th day of November, 2021.

**HERRMANN LAW GROUP**

*/s/ Mark Lindquist*
_____
Mark Lindquist (WA #25076)
Attorney for Plaintiff

No. 2:21-cv-00571
PLAINTIFF'S STATEMENT OF
REPRESENTATION - 2

**HERRMANN LAW GROUP**
505 5th Ave So., Ste. 330
Seattle, WA 98104
T: 206-625-9104
F: 206-682-6710